FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 2 6 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. '08 - CV - 0 0 3 9 6 *BnB*

(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)

CLOVIS CARL GREEN, JR.,

      Plaintiff,

v.

ARISTEDES ZAVARAS,

      Defendant.

---

### ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DISMISSING THE ACTION

---

      Plaintiff, Clovis Carl Green, Jr., is a prisoner in the custody of the Colorado

Department of Corrections who currently is incarcerated at the Fort Lyons, Colorado,

correctional facility. Mr. Green has submitted to the Court **pro se** a letter to the clerk of

the Court and a motion titled "Motion for Special Court Order to Order the Legal Access

Program of the Colorado Department of Corrections to Make Photocopies of the

Massive #1983 [sic] Civil Rights Complaint That This Plaintiff Plans to File in the United

States District Court at Five Cents Per Copy." For the reasons stated below, the action

will be dismissed.

      Mr. Green has been permanently enjoined from filing any **pro se** civil complaints

in this Court without first obtaining leave of court to proceed **pro se**. **See** Modified

Appendix B in **Green v. Price**, 95-mc-00009-DBS (D. Colo. Feb. 29, 1996). In order to

obtain permission to proceed **pro se**, Mr. Green must submit with any complaint he seeks to file a "Petition Pursuant to Court Order Seeking Leave to File a **Pro Se** Action" that includes the information specified in the sanction order. He has failed to submit, as required by Modified Appendix B, a "Petition Pursuant to Court Order Seeking Leave to File a **Pro Se** Action," an affidavit in proper legal form, and a complaint listing the claim or claims he seeks to file in this Court. Accordingly, it is

ORDERED that the clerk of the Court commence this civil action. It is

FURTHER ORDERED that the action is dismissed without prejudice because Plaintiff, Clovis Carl Green, Jr., has failed to comply with the order enjoining him from filing **pro se** actions. It is

FURTHER ORDERED that the motion titled "Motion for Special Court Order to Order the Legal Access Program of the Colorado Department of Corrections to Make Photocopies of the Massive #1983 [sic] Civil Rights Complaint That This Plaintiff Plans to File in the United States District Court at Five Cents Per Copy" is denied as moot.

DATED at Denver, Colorado, this _25_ day of _February_, 2008.

BY THE COURT:

_Zita L. Weinshienk_

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No.   '08 - CV - 0 0 3 9 6

Clovis Carl Green, Jr.
Reg. No. 69277
Fort Lyons Correctional Facility
PO Box 1000
Fort Lyons, CO 81038

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on___2-26-08

GREGORY C. LANGHAM, CLERK

By:_____
        Deputy Clerk